**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**KENNETH M.,**

        **Plaintiff,**

                    **Civil Action 3:24-cv-182**

  **vs.**

                    **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

        **Defendant.**


## ORDER

The parties' Joint Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney's fees in the amount of $**5,143.75** and no costs is **GRANTED**.  (ECF No. 15.)  Accordingly, Plaintiff is **AWARDED** attorney's fees in the amount of $**5,143.75** and no costs to be paid separately from the Judgment Fund.  If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to her counsel.

Further, the previous motion for attorney fees (ECF No. 14) is moot and the Clerk is **DIRECTED** to remove it from the Court's pending motions list.

        **IT IS SO ORDERED.**


Date:  November 18, 2025             **/s/ *Elizabeth A. Preston Deavers***
                                      **ELIZABETH A. PRESTON DEAVERS**
                                      **UNITED STATES MAGISTRATE JUDGE**